Peyton R. McCargo, Respondent, v. Andrew Jergens and Charles H. Geilfus, Defendants. Andrew Jergens Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Kennedy, Respondent, v. C. L. Gray Construction Company and The Snead and Company Iron Works, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

· Insa R. Meisel, Respondent, v. Mountshannon Realty Company, Defendant. William S. Sussman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles C. Burlingham and Others, as Trustees, etc., of Thomas A. McIntyre and Others, Respondents, v. Charles J. Govern, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Twelfth Ward Bank of the City of New York, Appellant, v. Annie Rosenthal and Others, Respondents. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gertrude E. Lee, Appellant, v. Francis Hamilton and Others, Impleaded with Henry Carroll Brown and Percy H. Goodwin, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ralph H. Beach, Appellant, v. Frederick S. Pearson, Respondent, Impleaded with Mexican Light and Power Company, Limited, and J. Wesley Block.— Order affirmed, with ten dollars costs and disbursements. No opinion. Clarke, J., dissenting.

In the Matter of Karl M. Wallach, Deceased. Sidney Wallach, as Executor and Trustee under the Last Will and Testament of Karl M. Wallach, Deceased, Appellant; Breinchen Wallach and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph J. O'Donohue, Jr., Respondent, v. William W. Gibbs, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Schuyler Chester.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Marvin E. Parrott.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Samuel Nieman and Leo W. Cohn v. Barney Gardner.— Motion to dismiss appeal granted, with ten dollars costs.

Julia Linck and Others v. Ferruccio Vazzana and Others.—Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. William H. Duncan v. Maynard N. Clement, as Commissioner of Excise of the State of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Maynard N. Clement, as Commissioner of Excise of the State of New York, v. William Schrum, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Eugene S. Willard v. John W. Ferguson.—Motion to dismiss appeal denied, without costs.

David Bernstein v. Nathan Scheuer.— Motion to dismiss appeal granted, with ten dollars costs.